# First District Court of Appeal
## State of Florida

———————————————

No. 1D2022-2763

———————————————

BOBBY RAY SMITH JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

On appeal from the Circuit Court for Escambia County.
Coleman Lee Robinson, Judge.

March 22, 2024

PER CURIAM.

AFFIRMED.

B.L. THOMAS, BILBREY, and TANENBAUM, JJ., concur.

———————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

———————————————

Jessica J. Yeary, Public Defender, and Joel Arnold, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.